**Elmer N. SIMMONS, Appellant,**

v.

**Warren L. GARRETT, Appellee.**

No. 12469.

United States Court of Appeals
District of Columbia Circuit.

Argued May 2, 1955.

Decided May 19, 1955.

Mr. Albert J. Ahern, Jr., Washington, D. C., with whom Mr. James J. Laughlin, Washington, D. C., was on the brief, for appellant.

Messrs. G. A. Chadwick, Jr., Washington, D. C., and John A. Beck, Washington, D. C., submitted on the brief for appellee.

Before EDGERTON, BAZELON and BASTIAN, Circuit Judges.

PER CURIAM.

Appellant lost his suit for personal injuries. He appeals solely on the ground that the court's "instructions to the jury completely vitiated any meaning to the theory of last clear chance * * *." We think the instructions were clearly correct.

Affirmed.

**Warren L. GARRETT, Appellant,**

v.

**Rosa E. SIMMONS, Appellee.**

No. 12468.

United States Court of Appeals
District of Columbia Circuit.

Argued May 2, 1955.

Decided May 19, 1955.

Messrs. G. A. Chadwick, Jr., and John A. Beck, Washington, D. C., for appellant.

Mr. Albert J. Ahern, Jr., Washington, D. C., with whom Mr. James J. Laughlin, Washington, D. C., was on the brief, for appellee.

Before EDGERTON, BAZELON and BASTIAN, Circuit Judges.

PER CURIAM.

This is an appeal from a judgment in favor of a wife for loss of her husband's consortium. Appellant attacks chiefly a jury instruction to which he failed to make timely objection below. In the particular circumstances of this case, we do not feel impelled to consider the matter and therefore do not do so.

Affirmed.